# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL TYRONE EDWARD,<br><br>    Plaintiff,<br><br>  v.<br><br>R. EARLY, et al.,<br><br>    Defendants. | CASE NO. CV-F-00-5506 OWW LJO P<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 61) |

Plaintiff Mel Tyrone Edward ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2005, pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b), defendants Ethridge and Heidt filed a motion to dismiss for failure to exhaust the administrative remedies. More than twenty-one days have passed and plaintiff has not filed a response to defendants' motion. Local Rule 78 -230(m). Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion to dismiss; and

2. If plaintiff fails to respond to defendants' motion in compliance with this order, this action shall be dismissed for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated: May 7, 2005            /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE