UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL TYRONE EDWARD,<br><br>             Plaintiff,<br><br>    vs.<br><br>R. EARLY, et al.,<br><br>             Defendants.<br>_____/ | 1:00-cv-05506-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 70)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 61)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE** |

   Plaintiff Mel Tyrone Edward ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 22, 2005, is ADOPTED IN FULL;

2. Defendants' motion to dismiss, filed March 8, 2005, is GRANTED; and,

3. Pursuant to 42 U.S.C. § 1997e(a), this action is DISMISSED, without prejudice, based on plaintiff's failure to exhaust the administrative remedies prior to filing suit.

IT IS SO ORDERED.

**Dated:   October 11, 2005**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE