**FILED**

**JUDGMENT ENTERED**

_____10/13/2005_____
Date

by _____G,. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

_XX____ FILE CLOSED

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

MEL TYRONE EDWARD,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-00-5506 OWW/LJO P

R. EARLY,

_____/

The Findings and Recommendations issued by the Magistrate Judge on August 22, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  October 13, 2005

JACK L. WAGNER, Clerk

By:  /s/ GREG LUCAS
Deputy Clerk